# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20CR190-PPS/JEM |
| ) | |
| JOHNNY WILBOURN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Johnny Wilbourn's agreement to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 60.] Following a hearing on the record on June 16, 2022 [DE 66], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Johnny Wilbourn's plea of guilty, to which both parties have

waived any objection, the Court hereby ADOPTS the findings and recommendation [DE 66] in their entirety.

Defendant Johnny Wilbourn is adjudged GUILTY of Count 1 of the indictment, a charge of distribution of cocaine base (crack), in violation of 21 U.S.C. §841(a)(1).

The sentencing hearing is set for October 4, 2022 at 2:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: July 1, 2022.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE